**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**TRIPLE J&K TRUCKING, LLC**                                                                          **PLAINTIFF**

**v.**                                          **Case No. 3:16-cv-00019 KGB**

**BRINKLEY TRUCK BROKERAGE, LLC, and**
**GREAT AMERICAN INSURANCE COMPANY**                                          **DEFENDANTS**

**ORDER OF DISMISSAL**

Before the court is the joint motion to dismiss plaintiff's complaint (Dkt. No. 9). Plaintiff Triple J&K Trucking, LLC ("Triple J&K"), has voluntarily agreed to dismiss its claims against separate defendant Great American Insurance Company ("Great American") with prejudice, with all costs to be adjudged against the party incurring the same (*Id.*). Triple J&K has voluntarily agreed to dismiss its claims against separate defendant Brinkley Truck Brokerage, LLC ("Brinkley Truck"), without prejudice (*Id.*).

Therefore, the Court grants the joint motion to dismiss plaintiff's complaint. The Court orders that all claims asserted by Triple J&K against Great American are dismissed with prejudice. The Court orders that all claims asserted by Triple J&K against Brinkley Truck are dismissed without prejudice. The Court orders that each party shall bear its own costs. The Court denies all relief not expressly granted herein.

It is so ordered this 6th day of February, 2017.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge